Jeremy Garrett
#308178

ORDER  3:13cv939

These records
shall be filed
under seal.

[signature]
3-25-14



CONFIDENTIAL