UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

JEREMY GARRETT, #308178 )
)
    Plaintiff, )
)
v. ) Case No. 3:13-cv-00939
) JUDGE HAYNES/BRYANT
SATO, et al. ) JURY DEMAND
)
    Defendant. )

## MOTION FOR ORDER TO ALLOW CLERK TO PROVIDE DOCUMENTS FILED UNDER SEAL (DE 34)

The Defendant, Corizon, Inc. ("Corizon"), improperly named Corizon Medical Correction Corporation, requests the Court to allow the Clerk to immediately provide to counsel for Corizon a copy of the documents filed under seal by Plaintiff (DE 34). The Defendant was not provided a copy of these documents by Plaintiff and is entitled to the documents to prepare for the Preliminary Injunction hearing set for 10:00 a.m. on Friday, March 28, 2014 (DE 30). The Defendant respectfully requests the Clerk to provide the records electronically or, in the alternative, to call counsel as soon as copies are ready to be picked up.

                    Respectfully submitted,

                    **WISEMAN ASHWORTH LAW GROUP PLC**

                  By:   s/ Gail Vaughn Ashworth
                      Gail Vaughn Ashworth, #10656
                    511 Union Street, Suite 800
                    Nashville, TN 37219-1743
                    (615) 254-1877

                  *Attorney for Defendant*

[Handwritten on right side: "GRANTED. This motion is GRANTED. 3-27-14"]