IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEREMY GARRETT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:13-cv-00939 |
| | ) Chief Judge Haynes |
| DR. SATO, et al., | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in open court, Plaintiff's emergency motion for injunctive relief (Docket Entry No. 25) is **GRANTED**. Counsel for the Defendant agreed to inform state corrections officials to transfer Plaintiff to the Special Needs Facility for his evaluation prescribed by a physician. A copy of this Order shall be mailed to the Warden at the state institution listed as Plaintiff's last address.

It is so **ORDERED**.

ENTERED this the 4th day of April, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge