UNITED STATES DISTRICT
COURT OF MIDDLE, TN.

5-14-14 WED

JEREMY GARRETT
PRO SE PlF.

RECEIVED
IN CLERK'S OFFICE
MAY 16 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

NO. 3:13-CV-00939
JUDGE HAYNES/BRYANT

VS.

DR. SATO, ET AL.
DEFENDANT

EMERGENCY MOTIONS

[B.1]   Plf. FILE MOTION THE CT. REVIEW
        ISSUES TO FURTHER ADVANCE HIS
        MOTION FOR 2ND EMERGENCY HEARING
[B.2]   FOR DAMAGES AND INJUNCTIVE ETC.
        RELIEF

= = " =
NOTICE OF "
" FILING "
= " =

Plf. RETURNED FROM DSNF TO H.C.C.F. 5/12/14 MONDAY
Plf. PRO SE HIS CURRENT ADDRESS:

JEREMY GARRETT #308178
H.C.C.F. P.O. BOX 549
WHITEVILLE, TN. 38075

ORDER

This motion for review is
DENIED as moot in light of the order
setting a hearing and without prejudice
to any substantial issues raised by Plaintiff.

[signature] 6-17-14

Case 3:13-cv-00939   Document 53   Filed 05/16/14   Page 1 of 8 PageID #: 297