UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

JEREMY GARRETT, #308178 )
)
    Plaintiff, )
)
v. ) Case No. 3:13-cv-00939
) JUDGE HAYNES/BRYANT
SATO, et al. ) JURY DEMAND
)
    Defendant. )

### MOTION FOR ORDER TO ALLOW CLERK TO PROVIDE DOCUMENTS FILED UNDER SEAL

The Defendant, Corizon, Inc. ("Corizon"), improperly named Corizon Medical Correction Corporation, requests the Court to allow the Clerk to provide to counsel for Corizon a copy of the documents filed under seal by Lois Deberry Special Needs Facility on June 18, 2014 (no DE). The Defendant was not provided a copy of these documents and is entitled to the documents to prepare for the hearing set for 2:00 p.m. on Monday, July 14, 2014 (DE 63). The Defendant respectfully requests the Clerk to provide the records electronically or, in the alternative, to call counsel as soon as copies are ready to be picked up.

Respectfully submitted,

**WISEMAN ASHWORTH LAW GROUP PLC**

By: s/ Gail Vaughn Ashworth
    Gail Vaughn Ashworth, #10656
    511 Union Street, Suite 800
    Nashville, TN 37219-1743
    (615) 254-1877

*Attorney for Defendant*

[Handwritten annotation: Order — Granted in part to provide this Defendant access, but the motion is denied as to a complete unsealing of Plaintiff's medical records. [signature] 6-20-14]