# United States Dist. Court
# Middle District
# of Tennessee

#308178

Jeremy Garrett
Plf. Pro Se

vs.

Dr. Sato, et al.
Defendant

July 15, 2014 Tue.

RECEIVED IN CLERK'S OFFICE JUL 18 2014 U.S. DISTRICT COURT MID. DIST. TENN.

No. 3:13-CV-00939

Judge Haynes/Bryant

**ORDER** Based upon the hearing on July 18, 2014, their motion is DENIED.

[1.] = URGENT =

Plf. Pro Se file motion that due to his mental etc. medical conditions and his ignorance of court procedures and filings : 7-21-14

[2.] Appt. Counsel and Appt. Conservator, as its evident Pro Se can not adequately comply with Fed. Ct. Scheduling 2-4-14

[2.B.] Discovery 8-4-14 Order Due to Medical Records Under Seal.

Plf. Motion Ct. Stay 8-4-14 etc. Scheduling Orders until Rule on this Motions and Issue Response on 1st and 2nd Motions on Emergency Hearings