IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEREMY GARRETT, #308178 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:13-cv-00939 |
| ) | JUDGE HAYNES/BRYANT |
| SATO, et al. ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

*[Handwritten note: Order - This motion is granted. /s/ [Judge] 9-3-14]*

## MOTION OF CORIZON, INC. FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

The Defendant, Corizon, Inc. ("Corizon"), improperly named Corizon Medical Correction Corporation, requests the Court for a short extension of time to file its dispositive motion in this case. The current Scheduling Order (DE 27) sets the dispositive motion deadline for September 3, 2014. Defendants request an extension of thirty (30) days, through October 3, 2014, to file its dispositive motion in this case and states that additional time is needed to obtain updated medical records and documentation for the dispositive motion.

This is the first request for extension of time on the dispositive motion deadline and Defendant submits this short extension will not prejudice the Plaintiff and will not delay any other scheduling in this case.

Respectfully submitted,

**WISEMAN ASHWORTH LAW GROUP PLC**

By: s/ Gail Vaughn Ashworth
Gail Vaughn Ashworth, #10656
511 Union Street, Suite 800
Nashville, TN 37219-1743
(615) 254-1877

*Attorney for Defendant*